**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**FREDDIE POINDEXTER**                                                      **PETITIONER**

v.                                                                     **No. 1:05CV9-M-D**

**STATE OF MISSISSIPPI, ET AL.**                                      **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated February 27, 2006, and the March 29, 2006, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

    **ORDERED**:

    1. That the Report and Recommendation of the United States Magistrate Judge dated February 27, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

    2. That the Magistrate Judge's Report and Recommendation is hereby **APPROVED AND ADOPTED** as the opinion of the court.

    3. That the instant petition for a writ of *habeas corpus* is hereby **DENIED.**

    4. That this case is **CLOSED.**

THIS, the 8th day of November, 2006.

                                                 /s/ Michael P. Mills
                                                 **UNITED STATES DISTRICT JUDGE**